# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aleksander B., | Case No. 26-cv-0170 (KMM/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Donald J. Trump, in his official capacity as President of the United States; Kristi Noem, in her capacity as Secretary of the United States Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; Pamela Bondi, in their official capacity as Attorney General of the United States; and David Easterwood, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to Petitioner Alexsander B.'s petition for a writ of habeas corpus of petitioner by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

        b.        A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

        c.        Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.        If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 12, 2026        *s/ Dulce J. Foster*
                                                     Dulce J. Foster
                                                     United States Magistrate Judge