# UNITED STATES DISTRICT COURT
## District of Minnesota

Aleksander Blizniukov,

Petitioner,

v.

Donald J. Trump, Kristi Noem, Todd M. Lyons, Pamela Bondi, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-170 KMM/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Aleksander B.'s Petition for Writ of Habeas Corpus is **GRANTED in part** as set forth herein.

2. Respondents shall, **within three days of this Order**, either:

   a. Complete inspection and examination of Petitioner Aleksander B. pursuant to 8 U.S.C. § 1159(a), and file a notice confirming that inspection has been completed, identifying the outcome, and stating whether Respondents contend that continued detention is authorized on a specified lawful basis; or

   b. Immediately release Petitioner from custody **in Minnesota**, and file a notice confirming the date, time, and location of release.

Date: 1/23/2026

KATE M. FOGARTY, CLERK